DAVID L. SKELTON, TRUSTEE  #96250
REBECCA E. PENNINGTON #174488
RICHARD L. STEVENSON  #239705
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006  FAX (619) 239-5242

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, CA 92101-6991

FILED

2015 JUL -7  PM 12: 1 9

CLERK
U.S. BANKRUPTCY CT
SO DIST OF CALIF.

| In Re:  RICARDO TORRES  3294 CRANE AVENUE  ESCONDIDO, CA 92027                    Debtor. | Chapter 13  Bankruptcy Case No.  11-05172-LA13  UNDISTRIBUTED FUNDS |
|---|---|

TO THE CLERK, BANKRUPTCY COURT:

TRANSMITTED HEREWITH IS A CHECK IN THE AMOUNT FOR DEPOSIT INTO THE COURT REGISTRY AS UNCLAIMED PROPERTY FOR THE ABOVE REFERENCED CHAPTER 13 CASE.

DISPOSITION OF CASE: CASE COMPLETING

EXPLANATION OF SOURCES: CREDITOR FUNDS UNDELIVERABLE

NAME OF PAYEE ON UNCLAIMED CHECK:
       MAR-CON PRODUCTS C/O G.HOUT ESQ.          CLAIM 6/16
       11770 BERNARDO PLAZA CT # 305
       SAN DIEGO  CA 92128
                                              AMOUNT:  $13,897.84

I hereby certify under penalty of perjury that if valid addresses were available, a true copy of this was served on the debtor, the attorney of record, and the payee at the addresses as they appear herein.

SERVED:   [ X]DEBTOR   [ X ]ATTORNEY   [ X ]PAYEE

DATED:  July 2, 2015

Patty Morgan
Clerk for the Office of
DAVID L. SKELTON, TRUSTEE

MICHAEL NICHOLS #256878
PO BOX 210368
CHULA VISTA, CA 91921